**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ORLANDO RODRIGUEZ,**

                **Plaintiff,**

**-vs-**                                                                          **Case No. 6:06-cv-1327-Orl-31UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 20)**
>
> **FILED:**      May 29, 2007
> _____

Plaintiff Orlando Rodriguez, through counsel Shea Fugate, Esq., filed his complaint in this case on September 5, 2006, appealing to the district court from a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits under the Federal Old Age, Survivors, and Disability Insurance Program ("OASDI"), 42 U.S.C. § 401, *et seq.*, as well as his application for supplemental security income benefits under the Supplemental Security for the Aged, Blind, and Disabled Program ("SSI"), 42 U.S.C. § 1382, *et seq*. Doc. No. 1. The Commissioner filed an answer on January 16, 2007. Doc. No. 10.

Fugate received two extensions of time to file Plaintiff's brief, but still failed to file a brief by the extended deadline. On May 22, 2007, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to comply with the Court's order and for failure to prosecute. *See* Doc. Nos. 16, 18, 19.

Fugate has filed "Plaintiff's Uncontested Motion to Dismiss" (now before the Court) in which she asks the Court to dismiss Plaintiff's case with prejudice. Doc. No. 20. The Commissioner does not oppose the motion, and the parties agree that each party will be responsible for "their own costs associated with this action." *Id.* at 1.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), I recommend that Plaintiff's Uncontested Motion to Dismiss (doc. no. 20) be **GRANTED**, and that the case be **DISMISSED with prejudice**, with each party to bear their own fees and costs associated with this action.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 29, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy