Case 6:06-cv-01327-GAP-UAM   Document 22   Filed 06/18/07   Page 1 of 1 PageID 30

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORLANDO RODRIGUEZ,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-1327-Orl-31UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Uncontested Motion to Dismiss With Prejudice (Doc. No. 20) filed May 29, 2007.

On May 29, 2007, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Uncontested Motion to Dismiss is GRANTED. This case is dismissed with prejudice, each party is to bear their own fees and costs. The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of June, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE